[Nos. 57121–0, 57130–9. En Banc. April 25, 1991.]

CERTIFICATION FROM THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT
OF WASHINGTON
IN

DEBBIE C. CLARK, *Individually and as Personal Repre-
sentative, Plaintiff,* v. PACIFICORP,
*Defendant.*

DEE ANNA WHITTEN, *Individually, as Personal Repre-
sentative, and as Guardian ad Litem, Respondent,*
v. ASSOCIATED BUILDING COMPONENTS, INC.,
ET AL, *Defendants,* THE DEPARTMENT
OF LABOR AND INDUSTRIES,
*Appellant.*

The opinion in the above captioned case as reported in the advance sheets at 116 Wn.2d 804–831 has been omitted from this permanent bound volume because a motion for reconsideration was pending at the time of publication. The opinion is reported in a later volume of Washington Reports.